

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct Dial: 212.554.7825
Fax: 917.206.4325
E-Mail: rwolf@mosessinger.com

January 21, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/24/2025

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: United States v. Irina Polvanova
Case No.: 1:23-cr-00110 MKV

Dear Judge Vyskocil:

I represent defendant Irina Polvanova and write, with the consent of the government, to respectfully request a brief adjournment of Ms. Polvanova's sentencing until February 24, 2025 or any other date later that week which is convenient to the Court. Ms. Polvanova's sentencing is currently scheduled for February 5, 2025. My wife is having serious eye surgery tomorrow and I will be out of the office for considerable amounts of time due to her post operative recovery, follow up hospital treatment and other related matters, all of which will significantly interfere with the necessary work and extensive time involved in preparation for sentencing.

Accordingly, I respectfully request that the Court adjourn Ms. Polvanova's sentence until February 24th or any date later that week that is convenient. As indicated above, the government by AUSA Jaclyn Delligatti, consents to the granting of this request.

The Court's cooperation and consideration are greatly appreciated.

Respectfully,
S/
Robert S. Wolf

All Counsel via ECF

GRANTED. Sentencing in this matter is HEREBY ADJOURNED to April 16th, 2025 at 11am.

Date: 1/24/25
New York, New York

Mary Kay Vyskocil
United States District Judge