UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 :
       -v- : 23-CR-110 (JMF)
 :
IRINA POLVANOVA, : ORDER
 :
       Defendant. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      This case has now been reassigned to the undersigned as to Defendant Irina Polvanova as well. The sentencing proceeding for Polvanova, previously scheduled for September 3, 2025, *see* ECF No. 530, is hereby ADJOURNED to **October 9, 2025**, at **11 a.m.** in **Courtroom 24B** of the **Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY**.

      No later than **September 4, 2025**, the parties shall file a joint letter advising the Court of the status of the case and whether there is anything the Court should do (including holding a conference) beyond sentencing Polvanova. The letter should also reference any and all documents (by ECF No.) that the Court should consider in connection with sentencing to ensure that the Court has received and reviewed all submissions.

      SO ORDERED.

Dated: August 28, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                                      United States District Judge