UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
      :
UNITED STATES OF AMERICA      :
      :
    -v-      :    23-CR-110-6 (JMF)
      :
IRINA POLVANOVA,      :    SCHEDULING ORDER
      :
    Defendant.      :
      :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

It is hereby ORDERED that sentencing in this matter, presently scheduled for **October 9, 2025**, is RESCHEDULED to **October 17, 2025,** at **11:00 a.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

The parties should consult the Court's Individual Rules and Practices for Criminal Cases (available at https://nysd.uscourts.gov/hon-jesse-m-furman) for sentencing-related procedures and practices.

SO ORDERED.

Dated: October 1, 2025
      New York, New York
                                       JESSE M. FURMAN
                                       United States District Judge